# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE TITTL, et al.,, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>HILTON WORLDWIDE, INC., et al., <br><br>　　　　　Defendants. <br>　　　　　　　　　　　　　　　　　　／ | CASE NO. CV F 12-2040 LJO JLT <br><br>**ORDER TO VACATE HEARING AND TO TERM MOTION** <br>(Doc. 9.) |

On December 21, 2012, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiffs' original complaint and set a February 19, 2013 hearing. On January 11, 2013, plaintiffs filed their first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). As such, this Court:

1. VACATES the February 19, 2013 hearing in that the first amended complaint renders moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

2. DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 9); and

3. ORDERS defendants, no later than February 1, 2013, to file papers to respond to the first amended complaint.

This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 9).

　　　IT IS SO ORDERED.

**Dated:    January 14, 2013              /s/  Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1