# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:  CV-13-1826-R                                           DATE: August 15, 2014

TITLE:     PETE TITTL V. HILTON WORLDWIDE, INC. et al
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| Christine Chung | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                        Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than **August 22, 2014** why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   - **Plaintiff's request for entry of default** as to the defendant. In the event both documents are filed before the above date, the answer will take precedence.

   - **Answer or response to the complaint** by the defendant(s)

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order will result in the dismissal of the action.


MINUTES FORM II                                          Initials of Deputy Clerk __CCH__
CIVIL - GEN